# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00316-CV

**Debbie Desmond; Dennis Davis, Individually and d/b/a Aqua Tech Marine; and Aqua Tech Marine Industries, Inc., Appellants**

**v.**

**Wanda Mabry, Roy Mabry, Marquette Mabry, and Mary Sue Wheeler, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. GN203092, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 17, 2004, this Court notified appellants that their brief was overdue and instructed appellants to respond to our notice in ten days or face dismissal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1). To date, appellants have not filed a brief or responded in any way to this Court's notice. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Prosecution

Filed:   January 28, 2005